## INFORMATION SHEET
*DO NOT REMOVE FROM TOP OF FILE*

| | |
|---|---|
| UNITED STATES OF AMERICA | : FILE NO. ___2024R00060___ |
| | : |
| v. | : CRIMINAL NO. ___25-460___ - 8 |
| | : |
| ELLIOT MATTEI-RODRIGUEZ | : DESCRIPTION OF VIOLATION AS PER |
|    a/k/a "Elio" | : SUPERSEDING INDICTMENT: |
| | : |
| | : 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), |
| |   (b)(1)(C) (conspiracy to distribute controlled |
| |   substances – 1 count) |
| | : 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| |   (distribution of controlled substances – 1 count) |
| | : 18 U.S.C. § 2 (aiding and abetting) |
| | : Notice of forfeiture |

*Defendant's current address*      3311 N. Palethorp St., Philadelphia, PA 19140

*Place of detention*      FDC

*Federal or local custody*      Federal

*Register number*      28985-506

*Date of birth*      11/4/1998

*Date of commitment on*
  *instant federal charges*      12/18/2026

*Reason(s) for detention*      Danger to community

*Interpreter needed*    ☐ *no*    ☐ *unknown*    ☑ *yes - specify language or dialect:*  Spanish

*Amount of bail*    *Name and*      N/A
*set   posted*    *address of*
 *recommended*    N/A    *bondsman*

*Name and address of*      John S. Han
*defendant's attorney*      1684 S. Broad Street, Suite 230, Lansdale, PA 19446
*Telephone / fax number*      215-661-0400

*Assistant U.S. Attorney(s)*
*assigned to case*      Sara A. Solow, Robert J. Livermore, Edward Penetar, & Jason D. Grennell

*Case agent's name/agency*      Christopher Shalvoy, Federal Bureau of Investigation

*All notices should be sent to:*          Chief, Criminal Division
United States Attorney's Office
One Independence Mall - Suite 1250
615 Chestnut Street
Philadelphia, PA 19106-4476

*Prior docket information:*
     *Docket No.*    N/A    *Magistrate Judge*      N/A    *Date*   N/A

*Related indictments, docket numbers, and defendants:* N/A

**Mandatory Minimum Charged:** *Yes, if at least one count, or No:*  YES

**Statutory Minimum Mandatory Time** *(in years):*  <u>10</u>

**COUNT ONE :**
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) is life imprisonment with a mandatory minimum of 10-years' imprisonment, 5-years to a lifetime of supervised release, a fine of up to $10,000,000, and a $100 special assessment.

**COUNT THIRTY-NINE :**
21 U.S.C. § 841(a)(1), (b)(1)(C) is up to 20 years' imprisonment, a minimum of 3 years' supervised release up to a lifetime of supervised release, and a maximum fine of $2,000,000 and a $100 special assessment.

**TOTAL MAXIMUM SENTENCE:** Life imprisonment with mandatory minimum of 10 years' imprisonment, 5-years to a lifetime supervised release, $12,000,000 and a $200 special assessment.